Lela Irene MAFFEI and Lela Irene Maffei,
Guardian ad litem of Charles Albert Maf-
fei, Carol Irene Maffei and John Jay Maf-
fei, Minors, Appellants (Plaintiffs below),

v.

INCORPORATED TOWN OF KEMMERER,
Wyoming, Appellee (Defendant below).

No. 2843.

Supreme Court of Wyoming.

June 23, 1959.

Lee S. Nebeker, Green River, Richard L.
Bird, Jr., and C. J. Frost, Salt Lake City,
Utah, for appellants.

Before BLUME, C. J., and PARKER
and HARNSBERGER, JJ.

Mr. Justice HARNSBERGER delivered
the opinion of the court.

A petition for rehearing has been filed,
explaining that because of the town's con-
tract of insurance the appellants could not
have joined the insurance company. This
is not a ground for rehearing.

The reargument respecting estoppel,
waiver, whether the complaint was limited
to recovery against the insurance com-
pany, and whether there was a miscarriage
of justice because the insurance company
sold the town a policy of insurance which
did not give the town the purported pro-
tection, were all disposed of by the opin-
ion.

Rehearing denied.